**Order entered November 30, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00363-CR

### ALIREZA NIKMANESH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80085-2015**

## ORDER

Before the Court is appellant's November 22, 2016 unopposed second motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief received on November 22, 2016 is **ORDERED** filed as of the date of this order.

/s/     LANA MYERS
            JUSTICE